UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA ROGERS-JORDAN and
GROVER JORDAN,

    Plaintiff(s),

v.                                     CASE NO: 8:06-cv-821-T-30TGW

VANGUARD CAR RENTAL USA, INC. and
UNITED STATES OF AMERICA,

    Defendant(s).
_____/

## ORDER

    The Court having conducted a bench trial beginning on April 21, 2008 and concluding on April 24, 2008 hereby finds in favor of the Defendants as stated on the record and in open court. The Clerk is directed in enter judgment in favor of the Defendants and against the Plaintiffs. All pending motions are denied as moot. The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Tampa, Florida on May 6, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Odd\2006\06-cv-821.closure order.wpd*