# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JUDGMENT IN A CIVIL CASE**

LAURA ROGERS-JORDAN and
GROVER JORDAN,

    Plaintiff(s),

v.                                      CASE NO: 8:06-cv-821-T-30TGW

VANGUARD CAR RENTAL USA, INC. and
UNITED STATES OF AMERICA,

    Defendant(s).

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants, Vanguard Car Rental USA, Inc. and United States of America, and against Plaintiffs, Laura Rogers-Jordan and Grover Jordan**.**

May 6, 2008

                                    **SHERYL L. LOESCH, CLERK**

                                    BY *Sara Boswell*
                                            Deputy Clerk